# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE ESTATE OF SCOTT BUTLER, DECEASED. | No. 76464 |

BRIGETT BUTLER,

          Appellant,

vs.

CHRISTOPHER BLESS,

          Respondent.

FILED

MAY 0  2019

ELIZ... ... BROWN
CLERK OF ... ...E COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL AND REMANDING TO THE DISTRICT COURT

Pursuant the stipulation of the parties and cause appearing, we dismiss this appeal. The parties shall bear their own costs and attorney fees. NRAP 42(b). This matter is remanded to the district court to conduct appropriate proceedings, if any, to alter, amend, or vacate its order or judgment as necessary for the parties to fulfill the terms of their settlement agreement. In the event the district court declines to grant the requested relief, appellant may file a motion to reinstate this appeal.[1]

_____, C.J.

---

[1]Any such motion to reinstate appeal must be filed within 60 days of entry of the district court's order denying relief.

19-19077

cc: Hon. Gloria Sturman, District Judge
John Walter Boyer, Settlement Judge
Flangas Law Firm, Ltd.
Lemons, Grundy & Eisenberg
Gerrard Cox & Larsen
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A